IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GILBERT RYAN RAYNOR | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-1842 |
| | : | |
| COMCAST CORPORATION, DREAMWORKS ANIMATION STUDIO | : | |

## ORDER

**AND NOW**, this 6th day of May 2024, upon reviewing the *pro se* Complaint (ECF No. 1) after granting leave to proceed without paying filing fees (ECF No. 5) consistent with our obligations to screen under 28 U.S.C. § 1915(e)(2)(B), noting Plaintiff identifies the basis for our jurisdiction as a federal question without pleading conduct by a state actor and without plausibly pleading a federal question, and for reasons in today's accompanying Memorandum, it is **ORDERED** the Complaint (ECF No. 1) is **DISMISSED** for lack of subject matter jurisdiction with leave to file an amended Complaint if Plaintiff can plead a federal question under the Law in an amended Complaint filed no later than **May 24, 2024** or we will then direct the Clerk of Court to close this case without prejudice to timely seek relief in state court.

KEARNEY, J.