IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GILBERT RYAN RAYNOR** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-1842 |
| | : | |
| **COMCAST CORPORATION,** | : | |
| **DREAMWORKS ANIMATION** | : | |
| **STUDIO** | : | |

# ORDER

**AND NOW**, this 7th day of June 2024, upon reviewing the *pro se* amended Complaint (ECF No. 9) after granting leave to proceed without paying filing fees (ECF No. 5) consistent with our obligations to screen under 28 U.S.C. § 1915(e)(2)(B) after granting leave to file an amended Complaint (ECF No. 7), and for reasons in today's accompanying Memorandum, it is **ORDERED** the amended Complaint (ECF No. 9) is **DISMISSED** with prejudice and the Clerk of Court shall **close** this case.

**KEARNEY, J.**